IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOHN W DARRAH

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Civ. Action No. <br> MAGISTRATE JUDGE LEVIN <br><br> 02 C 6172 |

### JOINT MOTION FOR ENTRY OF ORDER OF RESOLUTION

The Equal Employment Opportunity Commission, and American Airlines, Inc. request the Court to enter the attached Order of Resolution in this case filed under Title VII of the Civil Rights Act of 1964.

x_Gordon Waldron_
Gordon Waldron
Equal Employment Opportunity
Commission
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7525

_Cheryl Tama Oblander_
Cheryl Tama Oblander
Attorney for American Airlines, Inc.
Winston and Strawn
35 West Wacker
Chicago, IL 60601-9703

D:\Myfiles\AmericanAirlines\Settlement\JointMotion.wpd

